RHINEBECK BANK'S MOTION TO LIFT STAY AND FOR SANCTIONS
EXHIBIT LIST

1. **EXHIBIT "A"** to Motion to Lift Stay - Note and Mortgage
2. **EXHIBIT "B"** to Motion to Lift Stay - Rhinebeck Bank's ("RB") Order to Show Cause ("OTSC") to Appellate Division, Third Department dated May 8, 2019

    a. Signed Order to Show Cause
    b. Memo. of Law in Support of RB's OTSC to 3rd Dept.
    c. Attorney Affirmation of B. Youngwirth in Support of OTSC to Appellate Division
    d. Exhibit "1" to RB's OTSC to 3rd Dept. - RB's Motion to Dismiss G & D April 2019 Summons and Complaint

        i. Notice of Motion to Dismiss G & D's Complaint
        ii. Attorney Affirmation of Brooke D. Youngwirth in Support of Motion to Dismiss G & D's Complaint

            1. Exhibit "A" to Motion to Dismiss - G & D's April 5, 2019 Summons and Complaint
            2. Exhibit "B" to Motion to Dismiss – Affidavit in Opposition to 119 Main Street, LLC's Order to Show Cause of Richard Kolosky, Senior Vice President and Youngwirth Affirmation in Opposition to 119 Main Street, LLC's January 2019 Order to Show Cause

                a. Exhibit "A" in opposition to 119 Main January OTSC- Purported Indemnity Bond
                b. Exhibit "B" in opposition to 119 Main January OTSC – Correspondence with Diana Spada
                c. Exhibit "C" in opposition to 119 Main January OTSC - RB's Foreclosure Summons and Complaint v. 119 Main dated May 3, 2016
                d. Exhibit "D" in opposition to 119 Main January OTSC – Bankruptcy Docket, Southern District of New York – 18-35074-cgm

            3. Exhibit "C" to RB Motion To Dismiss – Judgment of Foreclosure and Sale
            4. Exhibit "D" to RB Motion to Dismiss – Cahill Decision and Order vacating stay dated March 22, 2019
            5. Exhibit "E" to RB Motion to Dismiss – Settlement Agreement dated August 12, 2015

1

6. Exhibit "F" to RB Motion to Dismiss – Order to Show Cause signed by Judge Gilpatric dated April 10, 2019

    a. Affidavit in Support of Dino Toscani
    b. Exhibit "A" to Order to Show Cause signed by Judge Gilpatric- Deed in Lieu of Foreclosure dated April 2, 2019

7. Exhibit "G" to Motion to Dismiss – E-mail to David Jedell requesting withdrawal of action and OTSC

e. Exhibit "2" to RB's OTSC to 3rd Dept.- Order to Show Cause signed by Judge Cahill dated January 15, 2019

    i. Affidavit of Georgina Tufano in Support dated January 15, 2019
    ii. Affidavit of Diana Spada in Support of OTSC of January 15, 2019 and dated January 15, 2019
    iii. Judgment of Foreclosure and Sale
    iv. Notice of Sale
    v. Purported Potential Financing Proposals

f. Exhibit "3" to RB's OTSC to 3rd Dept.– Letter to Judge Cahill
g. Exhibit "4" to RB's OTSC to 3rd Dept.– RB's Opposition to OTSC signed by Judge Gilpatric on or about April 10, 2019

    i. B. Youngwirth Affirmation in Opposition to OTSC signed by Judge Gilpatric
    ii. Exhibit "A" in Opposition to Gilpatric OTSC - G& D Leasing Summons and Complaint – Index Number 19-1135
    iii. Exhibit "B" in Opposition to Gilpatric OTSC – January 2019 OTSC by 119 Main
    iv. Exhibit "C" in Opposition to Gilpatric OTSC – Judgment of Foreclosure and Sale
    v. Exhibit "D" in Opposition to Gilpatric OTSC Decision of Judge Cahill vacating stay
    vi. Exhibit "E" in Opposition to Gilpatric OTSC – Settlement Agreement

h. Exhibit "5" to RB's OTSC to 3rd Dept.– Blank Amended OTSC from G & D Leasing
i. Exhibit "6" to RB's OTSC to 3rd Dept.– Amended OTSC signed by Judge Schriebman dated April 30, 2019 with TRO.
j. Exhibit "7" to RB's OTSC to 3rd Dept.– E-mail to Judge Mott requesting in person conference

    k. Exhibit "8" to RB's OTSC to 3rd Dept.– Opposition to Plaintiff's Amended OTSC signed by Judge Schriebman

        i. Affirmation of B. Youngwirth dated April 30, 2019 in Opposition to Amended OTSC signed by Judge Schriebman

    l. Exhibit "9" to RB's OTSC to 3rd Dept.– Notices of Appeal by RB Bank

    m. Exhibit "10" to RB's OTSC to 3rd Dept.– Notice to Mr. Jedell of OTSC to Appellate Division

3. **EXHIBIT "C"** to Motion to Lift Stay – 119 Main Street, LLC's Southern District of New York Prior BK Order, Petition and Docket

4. **EXHIBIT "D"** to Motion to Lift Stay - G & D Leasing's Opposition to RB's Order to Show Cause to 3rd Dept.

- Affirmation of David Jedell in Opposition to RB's OTSC to 3rd Dept.
- Affidavit of Dino Toscani in Opposition to RB's OTSC to 3rd Dept.

5. **EXHIBIT "E"** to Motion to Lift Stay – RB's Reply in Support of OTSC to 3rd Dept.

- Reply Attorney Affirmation of Brooke D. Youngwirth in Support of OTSC to 3rd Dept. with supporting Exhibits
- Reply Affirmation of Richard Kolosky, Senior Vice President in Support of OTSC to 3rd Dept.

6. **EXHIBIT "F"** to Motion to Lift Stay – Appellate Division, Third Department Decision vacating TRO and OTSC of Judge Schriebman

7. **EXHIBIT "G"** to Motion to Lift Stay – G & D Leasing's Notice of Commencement of BK Filing

8. **EXHIBIT "H"** to Motion to Lift Stay - Rule 55 Affidavit